IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Magistrate No. 05- 105M-MPT |
| | ) | |
| BENJAMIN WING, | ) | |
| | ) | |
| Defendant. | ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

On or about September 8, 2000, in Wilmington, in the District of Delaware, the defendant, Benjamin Wing, knowingly took and carried away, with intent to steal and purloin, $718.23 of the monies of the Commerce Bank, a federally-insured bank, said monies belonging to and in the care, custody, control, management and possession of Commerce Bank, in violation of 18 U.S.C. § 2113(b).

### Count Two

On or about September 8, 2000, in Wilmington, in the District of Delaware, the defendant, Benjamin Wing, knowingly took and carried away, with intent to steal and purloin, $780.23 of the monies of the Commerce Bank, a federally-insured bank, said monies belonging to and in the care, custody, control, management and possession of Commerce Bank, in violation of 18 U.S.C. § 2113(b).



FILED
AUG 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 8/2/05