AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BENJAMIN WING | **SUMMONS IN A CRIMINAL CASE** |
| | Case Number:     05-105M-MPT |
| Wilmington, DE 19801 | REDACTED |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>8/11/05 at 1:00 PM |
| Before:     **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | |

** PLEASE REPORT TO THE U.S. Marshal's Service by 12:00 PM

To answer a(n)

Indictment     x  Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title _____18_____ United States Code, Section(s) _____2113(b)_____

Brief description of offense:

BANK THEFT ( 2 COUNTS )

FILED

SEP 1 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____ ; Deputy Clerk
Signature of Issuing Officer

8/3/2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

03713015

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

| | Date |
|---|---|
| Service was made by me | |

| Check one box below to indicate appropriate method of service |
|---|

☒ Served personally upon the defendant at: _Res Via art Mail_ _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _9-13-05_
        Date

_D W Thomas_
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

---
¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.